IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **CHRISTIAN TAYLOR,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:22CV00283 |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **SINAN KAMAL, ET AL.,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendants. ) | |
| ) | |

*Christian Taylor, Pro Se Plaintiff.*

The plaintiff, Christian Taylor, a Virginia inmate proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983, alleging that prison officials failed to provide adequate treatment for his epilepsy. On September 19, 2022, the court received Taylor's separate motion seeking a preliminary injunction to order prison officials send him to a neurologist or transfer him to another prison facility. On October 5, 2022, the court received Taylor's notice that he has been transferred to another prison in Chesapeake, Virginia. Because the defendants Taylor named in his Complaint are no longer responsible for his health care now that he has been transferred, his claims for injunctive relief against them must be dismissed as moot. *See Rendelman v. Rouse*, 569 F.3d 182, 186 (4th Cir. 2009) ("[A]s a general rule, a

prisoner's transfer or release from a particular prison moots his claims for injunctive . . . relief with respect to his incarceration there.").

Accordingly, it is **ORDERED** that Taylor's motion seeking interlocutory injunctive relief, ECF No. 10, is DISMISSED as moot. The civil action may go forward on Taylor's claims for monetary damages if he so desires, however. An Order entered September 20, 2022, granted him an opportunity to file an Amended Complaint, providing facts about the personal involvement of the defendants and other factual details about his claims.

**ENTER**: October 6, 2022

/s/ JAMES P. JONES
Senior United States District Judge